**Order entered October 12, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00201-CV

### KIMBERLY GOMEZ, Appellant

### V.

### SHAHRAM N. SANI, M.D., ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17417**

## ORDER

On September 8, 2020, appellant informed the Court she had finalized settlement with appellees EmCare Holdings, Inc., Poppy Drive Inpatient Services, P.L.L.C., Farah Masood, M.D., and Shahram Sani, M.D., and the settlement was expected to fund that week. Appellant also informed the Court she was unable to settle her claims with the remaining appellees. Based on appellant's status report, we ordered appellant to file a motion to dismiss the appeal as to the settling

appellees no later than September 21, 2020 and her brief as to the remaining appellees no later than October 12, 2020.

Before the Court is appellant's October 7, 2020 status update and unopposed motion for extension of time to file her brief. Appellant informs the Court the settling appellees "have yet to fund the settlement," and she "has no choice but to move forward with efforts to enforce the settlement agreement in the trial court." Because of this and other matters, she seeks a thirty-day extension of time to file her brief as to the remaining appellees.

We **GRANT** the motion and **ORDER** appellant's brief as to the remaining appellees be filed no later than November 12, 2020. We further **ORDER** appellant to file, no later than October 27, 2020, a letter brief demonstrating a live controversy remains as to the merits of the appeal with the settling appellees such that the appeal as to them should not be dismissed as moot. *See* TEX. R. APP. P. 42.3(a); *Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Hughes*, 827 S.W.2d 859, 859 (Tex. 2001) (per curiam) (appeal becomes moot if controversy between parties ceases to exist due to settlement).

/s/ KEN MOLBERG
JUSTICE